IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MALIK ALLAH, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN C. THOMAS, et al., | : | No. 15-5593 |
| *Defendants*. | : | |

# **O R D E R**

AND NOW, this 14th day of June, 2016, upon consideration of the defendants' two motions to dismiss the complaint (Doc. Nos. 12 and 13), the defendants' Motion for an Extension of Time to File an Answer to the Plaintiff's Complaint (Doc. No. 11), and the Complaint itself (Doc. No. 3), it is hereby ORDERED that the defendants' motions to dismiss are both GRANTED, the defendants' Motion for an Extension of Time is DENIED AS MOOT, and the Complaint is DISMISSED.

The Clerk of Court shall mark this case CLOSED for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1