UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 16-3103

MICHAEL MALIK ALLAH,
Appellant

v.

JOHN C. THOMAS; SHIRLEY LAWS-SMITH; LOUISA PEREZ; KOREN, Dr.; JOHN NICHOLSON, PA; L. HANUSCHAK, Dr.;

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-15-cv-05593)
District Judge: Honorable Gene E.K. Pratter

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 9, 2017
Before: SHWARTZ, COWEN and FUENTES, Circuit Judges

**JUDGMENT**

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on February 9, 2017. On consideration whereof, it is now hereby
ORDERED and ADJUDGED by this Court that the judgment of the District Court entered June 14, 2016, be and the same is hereby affirmed in part, vacated in part, and remanded for further proceedings. Each side shall bear its own costs. All of the above in accordance with the opinion of this Court.

FILED
MAR 07 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: February 13, 2017



Certified as a true copy and issued in lieu of a formal mandate on March 7, 2017

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**