IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MALIK ALLAH | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN C. THOMAS et al., | : | NO. 15-5593 |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 13th day of May, 2019, upon consideration of Plaintiff's Motion for Continuance and to Reopen Discovery (Doc. No. 56) and the Defendants' Response thereto (Doc. No. 58), it is **ORDERED** that the Motion (Doc. No. 56) is **GRANTED IN PART AND DENIED IN PART WITHOUT PREJUDICE**, such that Mr. Allah's Response to Defendants' Motion for Summary Judgment (Doc. No. 30) shall be due on or before July 15, 2019. Between the date of this Order and July 15, 2019, Mr. Allah may, using proper Department of Corrections protocols and procedures, request to review and make copies of his medical records, provided that he does not further delay his Response beyond the continued date of July 15, 2019. Mr. Allah may not, at this time, file any additional requests for discovery, aside from requesting his medical records via the Department of Corrections.[1]

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

---

[1] If, by June 30, 2019, Mr. Allah can appropriately demonstrate that he was unable to obtain copies of his medical records despite using proper Department of Corrections protocols and procedures, the Court may permit Mr. Allah to renew his motion for limited discovery of his medical records.