6

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT PENNSYLVANIA

MICHAEL M. ALLAH CIVIL ACTION

V.

JOHN C. THOMAS, ET AL. #15-5593

FILED
JUL 15 2019
KATE BARKMAN, Clerk
By__________Dep. Clerk




MOTION FOR THIS COURT TO ORDER INSTRUCT PLAINTIFF C/A COUNSELOR MR. JAMES AND/OR UNIT MANAGER MR. LEE TO ALLOW HIM TO MAKE A LEGAL PHONE CALL TO DREXEL INFECTIOUS DISEASE CENTER DOCTOR BO HWA LEE

1. PLAINTIFF HAS UNTIL JULY 15, 2019, TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT.

2. PLAINTIFF HAS ASK HIS BLOCK UNIT MANAGER MR. LEE AND COUNSELOR MR. JAMES TO ALLOW HIM TO MAKE A LEGAL PHONE CALL AT HIS EXPENSE TO DREXEL INFECTIOUS DISEASE CENTER BECAUSE WHEN PLAINTIFF TRY TO MAKE THE CALL A AUTOMATIC ANSWERING MACHINE COME ON NOT ALLOWING THE PRISON PHONE SYSTEM TO CONNECT THE CALL. PLAINTIFF IS TRYING TO SECURE AN AFFIDAVIT FROM DR. BO HWA LEE, PLUS HIS MEDICAL RECORDS.

3. PLAINTIFF CASE HINGES ON THESE MEDICAL RECORDS AND AFFIDAVIT OF DR. LEE.

4. PLAINTIFF COUNSELOR MR. JAMES IS REFUSING TO ALLOW PLAINTIFF TO MAKE THIS LEGAL PHONE CALL. AND HE ONLY HAS UNTIL JULY 15, 2019, TO RESPOND TO THE DEFENDANT'S MOTION.

5. PLAINTIFF HAS IN THE PAST SEND THREE (3) AUTHORIZATION FOR RELEASE OF INFORMATION OF MEDICAL RECORDS.

6. HOWEVER, PLAINTIFF WAS SENDING THESE REQUEST TO THE WRONG ADDRESS. SEE: SECOND REQUEST DATED: 6/1/2019.

7. ON 7/7/2019, PLAINTIFF SEND THE THIRD REQUEST TO THE PROPER ADDRESS. SEE: THIRD REQUEST DATED: 7/7/2019. ALONG WITH A HIPPA COMPLAINT AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS, DATED: 7/7/2019.

8. PLAINTIFF ALSO NEED THIS COURT TO HAVE THE CLERK OF COURT TO ISSUE HIM A SUBPOENA SO THAT DREXEL INFECTIOUS DISEASE CENTER CAN SEND THESE MEDICAL RECORDS TO PLAINTIFF AT SCI-FOREST.

9. THIS AFFIDAVIT BY DR. LEE ALONG WITH THE MEDICAL RECORDS WILL SHOW A DISPUTED FACTUAL ISSUE OF MATERIAL FACTS: THESE FACT ARE

IMPORTANT FOR PLAINTIFF TO OVERCOME THE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AND THE CASE HINGES ON THESE DISPUTED MATERIAL FACTS.

THEREFORE, FOR ALL OF THE ABOVE REASONS THIS PLAINTIFF ASK THAT THIS COURT ISSUE A ORDER TO SCI-FOREST ALLOWING PLAINTIFF TO MAKE THIS LEGAL PHONE CALL AT PLAINTIFF EXPENSE SO HE CAN ATTAIN A AFFIDAVIT AND NEEDED MEDICAL RECORDS. AND PLAINTIFF WILL NEED AN ADDITIONAL 45 DAYS IN ORDER TO RESPOND TO THE DEFENDANTS MOTION FOR SUMMARY JUDGEMENT. PLUS, FOR THE CLERK OF COURT TO ISSUE A SUBPOENA TO DREXEL... FOR THESE MEDICAL RECORDS.

WHEREFORE, PLAINTIFF ASK THAT THIS MOTION BE GRANTED SO HE CAN COMPLETE HIS RESPONSE TO THE DEFENDANT'S MOTION.

/S/ M. M. Allah

MICHAEL M. ALLAH, #LK-7642

P.O. BOX 945

MARIENVILLE, PA 16239

DATE: 7/8/2019

HIPPA COMPLIAINT AUTHORIZATION FOR THE RELEASE OF
MEDICAL RECORDS UNDER 45 C.F.R 164. 508

TO: Dr. Bo Hwa Lee - Drexel Infectious Disease Center
Name of Health Provider/Physician/Facility

1427 Vine Street, 3rd Floor,

Address

Philadelphia, PA 19102

City, State and Zip Code

RE: Hep-C Treatment Medical Records

Patient Name #LK7642 Date of Birth

Michael M. Allah 11-28-1958

Address SCI-Forest

Smart/Communications - P.O. Box 33028 - St. Peterburg, Fl 33733

Social Security Number

1. I authorize the disclosure of all protected information to Ms. Lillian M. Wilson (sister) 1033 Sharon Ave. Sharon Hill, PA 19079, for the purpose of review and evaluation.

2. I request that the designated records custodian of all covered entities under HIPPA identified above disclose full and complete protected medical information including the following:

A. All medication records, including in-patient, out-patient and emergency room treatment, all clinical charts, reports, order sheets, progress notes, nurse's notes, clinic records, tratment plans, admission records, discharge summaries, request for and reports of consultations, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes and records received by other physicians.

B. All physical, occupational and rehab request, conultations and progress notes.

C. All disability records.

E. All autopsy, laboratory, histology, cytology, pathology, radiology, CT scan, MRI, MRA, EMG, nerve conduction study, echocariogrma and cardiac catheterization reports.

F. All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

G. All billing records including all statements, itemized bills, and records of billing to third party payers and payment or deniel of benefits.

3. This protected health information is disclosed for the purposes: **Examination and Evaluation.**

4. This authorization is in compliance with the federal consent requirements for release of alcohol or substance abuse records of 42 C.F.R 2.31, the restrictions of which have been specifically considered and expressly waived. This authorization does not apply to psychotherapy notes, psychiatric or psychological records.

5. I acknowledge that I have the right to revoke this authorization, in writing, by sending written notification to you at the above referenced address. however, I understand that any actions already taken in reliance on this authorization cannot be reversed and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to br subject to redisclosure by thr recipient and no longer be protected under 45 C.F.R. 164.508.

6. Any facsimile, copy or photocopy of the authorization authorizes you to release the records covered by this authorization.

7. This authorization will be in force and effect untill two years from date of execution, at which time this authorization will expire.

Michael M. Allah 7/ /19

Name of Patient Date

[signature]

Signature of Patient

DC-108
Revised 12/07

# PENNSYLVANIA DEPARTMENT OF CORRECTIONS
## AUTHORIZATION FOR RELEASE OF INFORMATION
(THE EMPLOYEE/INMATE SHALL COMPLETE, CHECK, AND INITIAL ALL BOXES THAT APPLY)

| Name (print) | Inmate/Employee # | Date of Birth | Inmate Social Security # |
|---|---|---|---|
| Michael M. Allah | LK7642 | 11/28/1958 | 20148 8873 |

| Medical/Dental Records | | Mental Health Records | | Drug & Alcohol Treatment Records | | HIV Information | | Records (General) | X |
|---|---|---|---|---|---|---|---|---|---|

I, the undersigned, hereby give my consent for: (name and address of facility/**responder**)
Drexel Infectious Disease
219 N. Broad St 2nd Floor
Phila. PA 19107

To release information to: (name and address of requester) Michael M. Allah, # LK7642
SCI - Forest
Smart / Communications
P.O Box 33028
St. Petersburg, Fl. 33733

I hereby authorize the above named source to release or disclose information related to the above referenced records/information to the requester during the period beginning 7/2016 and ending 4/2017
The information being requested is: All lab work and Treatment for Hep-C. All Dr. Bo Hwa Lee reasons for requesting that Allah be Treated with the New Drug Zapecher Authorization for disclosure is being given for the purpose of Allah's litigation in Re: Allah V. Thomas, et al Civil Docket # 15-5593 to response to Defendants Motion for Summary Judgement.

Disclosure of medical/dental information may contain all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information, as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV).

Disclosure for mental health records pertains to treatment,, hospitalization, and/or outpatient care provided to me for the period listed above. I understand that my record may contain information regarding all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV) ***Authorizations for release of mental health records expire in 180 days***

Disclosure of HIV related information is information about whether the patient has had a test for HIV, an HIV related illness or AIDS HIV (Human Immunodeficiency Virus) is the virus that may cause or indicate AIDS or HIV infection

Disclosure of general information is information contained in an inmate's DC-15 Generally, any communications from the inmate to the Department of Corrections and responses thereto, misconducts, and grievances

In authorizing this disclosure, I explicitly waive any and all rights I may have to the confidential maintenance of these records, including any such rights that exist under local, state, and federal statutory and/or constitutional law, rule or order, including those contained in the Pennsylvania Mental Health Procedures Act, ***(MHPA) 50 P.S. §7101 et seq.,*** the Drug and Alcohol Abuse Control Act, ***71 P.S. §1690.101 et seq.*** and the Confidentially of HIV-Related Information Act, ***35 P.S. §7601 et seq.***

I understand that I have no obligation to permit disclosure of any information from my record and that I may revoke this authorization, except to the extent that action has already been taken, at any time by notifying the Medical Records Director/Technician, Health Care Administrator, or Facility Manager. In any event, this authorization will expire ***180*** days after the date signed, unless revoked prior to that time.

I understand that these records are the property of the Department of Corrections and that my authorization for their release does not require the Department of Corrections to release these records It is understood by the above requester that if the requested information's confidentiality is protected by Federal Regulations that bar secondary dissemination or re-disclosure, the providing facility will provide a statement to that effect

Furthermore, I will indemnify and hold harmless the Pennsylvania Department of Corrections, and its employees and agents, for any losses, costs, damages, or expenses incurred because of releasing information in accordance with this authorization

[signature] 6/11/19 — Kenneth Faison 6/11/19

Employee/Inmate Signature | Date | Signature of Witness | Date

**White Copy – Responder** **Yellow Copy – Requester** **Pink Copy - Inmate**

DC-108
Revised 12/07

# PENNSYLVANIA DEPARTMENT OF CORRECTIONS
## AUTHORIZATION FOR RELEASE OF INFORMATION
**(THE EMPLOYEE/INMATE SHALL COMPLETE, CHECK, AND INITIAL ALL BOXES THAT APPLY)**

| Name (print) | Inmate/Employee # | Date of Birth | Inmate Social Security # |
|---|---|---|---|
| Michael M. Allah | LK-7642 | 11/28/1958 | 201488873 |

| Medical/Dental Records | | Mental Health Records | | Drug & Alcohol Treatment Records | | HIV Information | | Records (General) | X |
|---|---|---|---|---|---|---|---|---|---|

I, the undersigned, hereby give my consent for:
(name and address of facility/*responder)*
Drexel Infectious Disease
Attn: Dr. Bo Hwa Lee
1427 Vine ST 3rd Floor
Phila. PA. 19102

To release information to:
(name and address of requester) Michael M. Allah, #LK7642
SCI-Forest
SMART / Communications
P.O. Box 33028
St Petersburg, Fl. 33733

I hereby authorize the above named source to release or disclose information related to the above referenced records/information to the requester during the period beginning 7/20/16 and ending 4/2017.
The information being requested is. All lab work and Treatment for Hep-C. Attn Dr. Bo Hwa Lee reasons for requesting that Allah be Treated with the New Drug Zapatier Authorization for disclosure is being given for the purpose of Allah's litigation In Re: Allah V. Thomas ET al Civil Docket # 15-5593 to response to Defendants Motion For Summary Judgement

Disclosure of medical/dental information may contain all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information, as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV).

Disclosure for mental health records pertains to treatment,, hospitalization, and/or outpatient care provided to me for the period listed above I understand that my record may contain information regarding all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV) ***Authorizations for release of mental health records expire in 180 days***

Disclosure of HIV related information is information about whether the patient has had a test for HIV, an HIV related illness or AIDS HIV (Human Immunodeficiency Virus) is the virus that may cause or indicate AIDS or HIV infection.

Disclosure of general information is information contained in an inmate's DC-15 Generally, any communications from the inmate to the Department of Corrections and responses thereto, misconducts, and grievances.

In authorizing this disclosure, I explicitly waive any and all rights I may have to the confidential maintenance of these records, including any such rights that exist under local, state, and federal statutory and/or constitutional law, rule or order, including those contained in the Pennsylvania Mental Health Procedures Act, ***(MHPA) 50 P.S. §7101 et seq.,*** the Drug and Alcohol Abuse Control Act, ***71 P.S. §1690.101 et seq.*** and the Confidentially of HIV-Related Information Act, ***35 P.S. §7601 et seq.***

I understand that I have no obligation to permit disclosure of any information from my record and that I may revoke this authorization, except to the extent that action has already been taken, at any time by notifying the Medical Records Director/Technician, Health Care Administrator, or Facility Manager In any event, this authorization will expire ***180*** days after the date signed, unless revoked prior to that time

I understand that these records are the property of the Department of Corrections and that my authorization for their release does not require the Department of Corrections to release these records It is understood by the above requester that if the requested information's confidentiality is protected by Federal Regulations that bar secondary dissemination or re-disclosure, the providing facility will provide a statement to that effect

Furthermore, I will indemnify and hold harmless the Pennsylvania Department of Corrections, and its employees and agents, for any losses, costs, damages, or expenses incurred because of releasing information in accordance with this authorization

Michael M. Allah 7/7/19 — Kenneth Faison 7-7-19

| Employee/Inmate Signature | Date | Signature of Witness | Date |
|---|---|---|---|
| Michael M. Allah | 7/7/19 | Kenneth Faison | 7-7-19 |

**White Copy – Responder** **Yellow Copy – Requester** **Pink Copy - Inmate**

CERTIFICATE OF SERVICE

I, MICHAEL M. ALLAH, HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLAINTIFF "MOTION" ON THE FOLLOWING PARTIES ON JULY 8, 2019

Caitlin J. Goodrich
Kenneth D. Powell Jr.
2000 Market St. 13th Fl.
Phila. PA. 19103

/S/ M. M. Allah

MICHAEL M. ALLAH, #LK-7642

P.O. BOX 945

MARIENVILLE, PA. 16239

DATE: 7/8/2019