IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MALIK ALLAH** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **JOHN C. THOMAS, et al.** *Defendants* | : : | NO. 15-5593 |

## O R D E R

**AND NOW, TO WIT:** this **9th** day of **April 2021**, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

      *s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Copies sent via ECF notification and mailed to Mr. Allah.**